387 P.2d 103

387 P.2d 103

**NATIONAL AMERICAN LIFE INSUR-
ANCE COMPANY, a Louisiana
Corporation, Petitioner,**

**v.**

**Robert W. REIDY, District Judge of the Sec-
ond Judicial District, County of Bernalillo,
State of New Mexico, Respondent.**

**No. 7512.**

Supreme Court of New Mexico.

Nov. 29, 1963.

COMPTON, Chief Justice, and CAR-
MODY, CHAVEZ, NOBLE and MOISE,
Justices, concurring.

Ordered that the petition for alternative
writ of prohibition and superintending con-
trol be and the same is hereby denied.

**Marvin BOOKER, Petitioner,**

**v.**

**Manuel N. BROWN, Director of Parole,
Respondent.**

**No. 42 HC.**

Supreme Court of New Mexico.

Dec. 5, 1963.

COMPTON, Chief Justice, and CAR-
MODY, CHAVEZ, NOBLE and MOISE,
Justices, concurring.

Ordered that the request for free process
be and the same is hereby granted, and the
petition for writ of habeas corpus be and
the same is hereby denied for the reason
that petitioner has not exhausted his reme-
dy in District Court.